UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                               Case No. 04-CR-80391-DT

DEWAYNE BOYD,

       Defendant.

_____/

## ORDER FOR RESPONSE

On October 6, 2011, Defendant DeWayne Boyd filed a "Motion Request for Return of Property".

Government's response is to be filed by **November 8, 2011.** Defendant's reply, if any is to be filed by **November 15, 2011.**

                        S/Robert H. Cleland
                        ROBERT H. CLELAND
                        UNITED STATES DISTRICT JUDGE

Dated: October 25, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 25, 2011, by electronic and/or ordinary mail.

                        S/Lisa Wagner
                        Case Manager and Deputy Clerk
                        (313) 234-5522