**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                         Case No. 04-80391

DEWAYNE BOYD,

    Defendant.
                                                  /

**ORDER DIRECTING THE GOVERNMENT TO FILE REPORT**

On October 6, 2011, Defendant Dewayne Boyd filed a motion for the return of property pursuant to Federal Rule of Criminal Procedure 41(g). The Government filed a response on October 26, 2011, requesting "30 days to determine which property in the government's possession related to Boyd's case can and should be returned to Boyd." (Pl.'s Resp. at 7, Dkt. # 146.) After reviewing the briefs, the court denied in part Defendant's motion and directed Defendant to show cause why he was legally entitled to property seized from Congressman Conyer's office. (*See* 11/3/11 Order.) Defendant filed his response to the order on November 28, 2011. The court will now direct the Government to file a report detailing the progress it has made since its October 26, 2011 request for 30 days to determine which property should be returned to Defendant. The Government's report should also address Defendant's recently filed response, in which he explains his property interest in the requested materials. Accordingly,

IT IS ORDERED that the Government is DIRECTED to file a report detailing its progress satisfying Defendant's request for the return of property purportedly in the possession of the Government on or before **December 23, 2011**.

      s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: December 15, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 15, 2011, by electronic and/or ordinary mail.

      s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522