**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 04-80391

DEWAYNE BOYD,

    Defendant.
                                           /

**ORDER TERMINATING AS MOOT DEFENDANT'S**
**MOTION FOR THE RETURN OF PROPERTY**

      Before the court is Defendant Dewayne Boyd's motion for the return of property purportedly in the possession of the Government. At the direction of the court, the Government filed a report on December 22, 2011, indicating that all property in which Defendant has an interest has been returned to Defendant's attorney, Rick Johnson. More than a month has now elapsed since the Government filed the report, and Defendant has not contested the report. The court therefore concludes that Defendant's request has been satisfied. Accordingly,

      IT IS ORDERED that Defendant Dewayne Boyd's motion for the return of property [Dkt. # 144] is TERMINATED AS MOOT.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: January 24, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 24, 2012, by electronic and/or ordinary mail.

                                           s/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\04-80391.BOYD.Terminate.Mot.jrc.wpd