**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES of AMERICA,

    Plaintiff,

v.                                                         Case No. 04-CR-80391

DEWAYNE BOYD,

    Defendant.

                                                      /

**OPINION AND ORDER DENYING DEFENDANT'S "MOTION TO TERMINATE
SUPERVISED RELEASE . . ."**

      Pending before the court is Defendant DeWayne Boyd's motion to terminate his current supervised release status pursuant to 18 U.S.C. § 3583(e)(1) and Federal Rule of Criminal Procedure 32.1(b). This, however, is a defendant who requires extended, not truncated supervision. The defendant's history includes his international flight from the consequences of his conviction and a series of contentious accusations against the prosecutors and witnesses alleging various conspiratorial acts, all demonstrating a troubling, tenuous disconnection with reality. Accordingly,

      IT IS ORDERED that Defendant's "Motion to Terminate Supervised Release . . ." [Dkt. # 155] is DENIED.

                                                      s/Robert H. Cleland
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

Dated: August 15, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 15, 2012, by electronic and/or ordinary mail.

                                             s/Lisa G. Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522